UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL EVERETT,

    Plaintiff,                      CASE NO.: 2:17-CV-00371-JES-MRM

-vs-

CAPITAL ONE BANK (USA) N.A.

    Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Paul Everett, and the Defendant, CAPITAL ONE BANK (USA) N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of October, 2017.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/ Joshua H. Threadcraft, Esquire* |
| Frank H. Kerney, III, Esquire | Joshua H. Threadcraft (FL Bar No. 96153) |
| Florida Bar #: 88672 | Megan P. Stephens (FL Bar No. 0092557) |
| Morgan & Morgan, Tampa, P.A. | BURR & FORMAN LLP |
| One Tampa City Center | 420 N. 20th Street, Suite 3400 |
| 201 North Franklin Street, 7th Floor | Birmingham, AL 35203 |
| Tampa, FL 33602 | Telephone: 205-251-3000 |
| Telephone: (813) 223-5505 | Facsimile: 205-413-8701 |
| Facsimile: (813) 223-5402 | Email: jthreadcraft@burr.com |
| fkerney@forthepeople.com | Email: mstephens@burr.com |
| jkneeland@forthepeople.com | *Counsel for Defendant* |
| mbradford@forthepeople.com | |
| *Counsel for Plaintiff* | |